Edward Hagglund, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Foote, J., who dissented upon the ground that the plaintiff was guilty of contributory negligence as matter of law.

Fred S. Marsh, Appellant, v. Empire State Pickling Company, Respondent.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence was sufficient to require the case to be submitted to the jury. All concurred.

Egidius Gass, Respondent, v. The Solvay Process Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

John L. Shultz and Warren B. De Witt, Respondents, Appellants, v. The C. H. Quereau Company, Incorporated, and Others, Appellants, Respondents. Joseph M. Tallcott, Respondent, v. The C. H. Quereau Company, Incorporated, and Others, Appellants.— Judgment affirmed, without costs of this appeal to any party. All concurred.

James U. McKay, as Administrator, etc., of Elizabeth McKay, Deceased, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. Held, that the finding of the jury that defendant was guilty of actionable negligence and that plaintiff's intestate was free from contributory negligence is supported by sufficient evidence, and that the negligence of the plaintiff, if any, although the sole beneficiary, is not a bar to his recovery. (*Lewin* v. *Lehigh Valley R. R. Co.*, 52 App. Div. 69.) All concurred.

Timothy E. Burke, Appellant, v. Louis Reihlman, Respondent.— Judgment and order affirmed, with costs. All concurred.

Nicholas Fariello, Respondent, v. Clinton Beckwith, Appellant.—Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Appellant, v. Oscar E. Rising, Respondent.— Judgment affirmed. All concurred, except Spring and Kruse, JJ., who dissented.

Reverdy L. Hurd, Appellant, v. Lucius Atwater, Respondent.— Judgment and order affirmed, with costs. All concurred.

Michael Palma, Appellant, v. Union Fork and Hoe Company, Respondent.— Judgment affirmed, with costs. All concurred.

Edward P Mulvey, Appellant, v. Archbold-Brady Company, Respondent.— Judgment affirmed, with costs. All concurred.

Arthur W. Meyer, Appellant, v. Burdette J. Evans, Respondent.— Judgment and order reversed, with costs, and judgment of City Court affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground stated by the court at Special Term, and further that the charge was erroneous.

Ignatz Eisenmann, Respondent, v. Buffalo and Lake Erie Traction Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

John Josupeet, Respondent, v. City of Niagara Falls, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Paul E. Auerbach, Appellant, v. The Pease Oil Company, Respondent.